THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 LeTanya Renee
 Crenshaw, Appellant.
 
 
 

Appeal From York County
 Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No. 2008-UP-463
Submitted August 1, 2008  Filed August 8,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Wanda H. Carter, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, and J. Benjamin Aplin, Legal Counsel, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Letanya
 Renee Crenshaw appeals the revocation of
 her probation.  Crenshaw argues the probation judge erred in revoking her
 probation in full in light of her pending employment opportunity.  Pursuant to Anders
 v. California, 386 U.S. 738 (1967), Crenshaws counsel attached a petition
 to be relieved, stating she reviewed the record and concluded this appeal lacks
 merit.  After a thorough
 review of the record and counsels brief pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Crenshaws appeal and grant counsels motion to be relieved.
APPEAL
 DISMISSED.
KONDUROS, J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.